lant; Kirkland, Fleming, Green, Martin & Ellis, for appellee; David Jacker, and Charles M. Rush, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed June 9, 1952; released for publication June 30, 1952.

## Clare Freehill, Appellee, v. Benjamin J. Gorny and S. Charles Bubacz, Defendants. On Appeal of Benjamin J. Gorny, Appellant.

### Gen. No. 45,781. 

 Sol I. Dvorkin, for appellant; Church, Good, Bobinette & Lewis, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed June 9, 1952; released for publication June 30, 1952.

## William W. Heise, Appellant, v. Chicago Board of Underwriters, Appellee.

### Gen. No. 45,785. 

John A. Brown, for appellant; Winston, Strawn, Black & Towner, for appellee; Charles J. Calderini, Douglas C. Moir, and Edward J. Wendrow, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed June 9, 1952; released for publication June 30, 1952.

People of State of Illinois, Plaintiff in Error, v. Meyer Dorman, Everett Owen, Herman Riseman, Tony Gullo, and Mary Marinella, Defendants.
Everett Owen, Herman Riseman and Mary Marinella, Defendants in Error.

Gen. No. 9,733.

Opinion filed November 6, 1951. Rehearing allowed

317